UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MAURICIO ROMERO MARIA,<br><br>　　　　　　　Defendant. | Case No. 23-120 BAT<br><br>DETENTION ORDER |

Mr. Maria is charged with possession of controlled substances with intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and (C), and 18 U.S.C. § 2. The Court held a detention hearing on March 20, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Maria stipulated to detention.

3. Mr. Maria poses a risk of nonappearance as he was not interviewed so his background and ties to this district are unknown. Mr. Maria poses a risk of danger due to the nature of the instant offense. Based on these findings, and for the reasons

stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Maria's appearance at future court hearings while addressing the danger to other persons or the community.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Maria as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Maria shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Maria shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Maria is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Maria, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this <u>20th</u> day of March, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge